3018. RAHILLY *v.* MAYOR AND ALDERMEN OF SAVANNAH.

HILL, C. J. This is a complaint by certiorari of the judgment of the recorder's court of Savannah, deciding that the plaintiff in certiorari was guilty of disorderly conduct in striking a police officer in the face for the alleged use of opprobrious words. The learned judge of the superior court approved the finding, but modified the sentence. No question of law is raised, and this court finds no reason, in considering the evidence, why the decision of two experienced and impartial judges on a simple issue of fact should be disturbed. *Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Certiorari; from Chatham superior court—Judge Charlton. August 12, 1910.

*Robert L. Colding,* for plaintiff in error.

*Samuel B. Adams,* contra.

---

3025. JENKINS *v.* THE STATE.

HILL, C. J. While the evidence was not entirely satisfactory, there was some evidence to support the verdict, which was approved by the trial judge. This court can not say that the judge erred in refusing a new trial, either on the general grounds or because of the alleged newly discovered evidence. *Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Accusation of misdemeanor; from city court of Statesboro— Judge Brannen. September 8, 1910.

*H. B. Strange,* for plaintiff in error.

*Fred. T. Lanier, solicitor,* contra.